**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MIMI INVESTORS, LLC, | : No. 641 MAL 2021 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| PAUL K. TUFANO, DAVID CROCKER, | : |
| DENNIS CRONIN, AND NEIL MATHESON, | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of April, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether the Pennsylvania Securities Act of 1972 requires a plaintiff to plead and prove scienter by clear and convincing evidence in connection with an alleged violation of 70 P.L. § 1-401 regulating the purchase and sale of securities in the Commonwealth, and if so, did plaintiff-appellee sufficiently plead its fraud-based claims in its first amended complaint[?]